

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,594-02

### EX PARTE ADAM ZUNIGA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2019-873-C1A IN THE 19TH DISTRICT COURT FROM McLENNAN COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of stalking and sentenced to eight years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On June 9, 2020, the trial court entered an order designating issues. The habeas record supplied to this Court, however, contains no findings resolving the disputed factual issues. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's

findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: August 19, 2020
Do not publish